No. 99–741. HAREL *v.* LAWRENCE ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–751. BIG RIVER MINERALS CORP. ET AL. *v.* HOLLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–756. MIMS, TRUSTEE OF THE ESTATE OF COASTAL PLAINS, INC., ET AL. *v.* BROWNING MANUFACTURING. C. A. 5th Cir. Certiorari denied.

No. 99–792. NVR HOMES, INC. *v.* CLERKS OF THE CIRCUIT COURTS FOR ANNE ARUNDEL COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–794. ROBERTS *v.* WOOTON, ADMINISTRATRIX OF THE ESTATE OF WOOTON, DECEASED. Sup. Ct. App. W. Va. Certiorari denied.

No. 99–798. LIPPINCOTT ADAMS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 99–800. PAWLOWSKI *v.* NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP. C. A. 7th Cir. Certiorari denied.

No. 99–802. LACUESTA ET AL. *v.* ARCHULETA, PERSONAL REPRESENTATIVE OF THE ESTATE OF ARCHULETA, DECEASED. Ct. App. N. M. Certiorari denied.

No. 99–803. HAMM ET AL. *v.* RHONE-POULENC RORER PHARMACEUTICALS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–805. MITCHELL *v.* TOTAL ACTION AGAINST POVERTY IN ROANOKE VALLEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–806. GRANBERRY ET AL. *v.* ISLAY INVESTMENTS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–808. FARR *v.* NC MACHINERY CO. C. A. 9th Cir. Certiorari denied.